

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JAN 21  AM 11: 41

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**January 21, 2003**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 99-2855** |
| **TYRONNE KENNEDY** | * | **SECTION: "L"** |

### HEARING ON MOTIONS

**APPEARANCE(S):**   VIA TELEPHONE: Ms. Annelisa Jackson, Debt Collection Agent, United States Attorney's Office

**MOTION(S):**

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Annelisa Jackson, Debt Collection Agent, United States Attorney's Office called to inform the court that the United States Marshals Service has been unable to serve Mr. Kennedy, but will try at a later date. Ms. Jackson indicated that the judgment debtor motion set for hearing before the Magistrate Judge on January 22, 2003, at 11:00 a.m. is moot. Accordingly, the motion is **DISMISSED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JAN 21 2003

