UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO.: 99-2855 |
| **TYRONNE KENNEDY** | * | SECTION: "L" |
| * | * | * |

### ORDER

Considering the foregoing Motion to Substitute Counsel of Record filed by the United States of America,

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED** and that Brock D. Dupre, Assistant United States Attorney, be SUBSTITUTED in place of Eneid A. Francis as counsel of record for the United States in the above-captioned proceedings.

New Orleans, Louisiana, this  10th  day of      October     , 2019.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**